v.

Sandy JOHNSON, Defendant/Respondent.

No. 71567.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 16, 1997.

Alan FRAZIER, Plaintiff/Respondent,

v.

Douglas GONZALEZ and Marianne Gonzalez, Defendants/Appellants.

No. 71436.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 16, 1997.

Gregory D. O'Shea, St. Louis, for appellant.

Reginald P. Bodeux, Niedner, Bodeux, Carmichael, Huff and Lenox, St. Charles, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Defendants appeal judgment of trial court in plaintiff's favor in an unlawful detainer case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.